UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO R. REYES,

        Plaintiff,

v.

WASHINGTON STATE PATROL,

        Defendant.

Case No. C08-5024RJB-KLS

ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND

    This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a letter requesting an extension of time (Dkt. #14) to respond to the Court's order to show cause (Dkt. #9) regarding his amended complaint (Dkt. #6). After reviewing plaintiff's request and the balance of the record, the Court finds and orders as follows:

    On March 27, 2008, the Court issued an order informing plaintiff that his amended complaint was deficient, and directing him to file by no later than April 26, 2008, a second amended complaint curing, if possible, that deficiency, or show cause why this matter should not be dismissed. (Dkt. #9). In a letter addressed to the Clerk, which is dated April 23, 2008, which was filed on April 28, 2008, plaintiff stated that because he recently had been transferred to a federal prison in Oregon, he only received the Court's order on April 22, 2008. (Dkt. #14). As such, plaintiff requests a 30-day extension of time to respond to the Court's order to show cause.

ORDER
Page - 1

1 | Although not properly noted as a motion, the Court finds plaintiff's request to be not
2 | unreasonable. Accordingly, plaintiff's request for an extension of time to respond to the Court's order to
3 | show cause (Dkt. #14) hereby is GRANTED. Plaintiff shall respond to that order to show cause in the
4 | manner stated therein by **no later than June 4, 2008**.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 5th day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2