1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
9                        AT TACOMA

10  ARTURO R. REYES,
11                  Plaintiff,                  Case No.  C08-5024RJB-KLS
12          v.                                  ORDER DISMISSING
                                                COMPLAINT
13  WASHINGTON STATE PATROL,
14                  Defendant.
15

16      The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L.

17  Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

18      (1)     the Court adopts the Report and Recommendation;

19      (2)     plaintiff's complaint is DISMISSED without prejudice; and

20      (3)     the Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Karen

21              L. Strombom.

22      DATED this 11th day of July, 2008.

23
24                                      /s/ Robert J. Bryan
25                                      ROBERT J. BRYAN
                                        United States District Judge
26
27
28

ORDER
Page - 1